1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  BRIAN THIXTON,                          Case No.  2:24-cv-3478-JDP
12               Plaintiff,
13        v.                                ORDER TO SHOW CAUSE
14  LELAND DUDEK, Commissioner of
    Social Security,
15
16               Defendant.

17        On February 18, 2025, the Commissioner filed a copy of the administrative record.  ECF

18  No. 11.  Under the scheduling order, plaintiff was required to file his motion for summary within

19  thirty days of the date the administrative record was filed.  ECF No. 5.  The deadline has passed,

20  and plaintiff has not filed a motion for summary judgment.

21        Accordingly, it is hereby ORDERED that:

22        1.  Within fourteen days of the date of this order, plaintiff shall show cause why sanctions

23  should not be imposed for failure to timely file a motion for summary judgment.  *See* E.D. Cal.

24  L.R. 110.

25        2.  Plaintiff shall file his motion for summary judgment within fourteen days of the date of

26  this order.

27        3.  Failure of plaintiff to comply with this order will result in dismissal of this action for

28  lack of prosecution and failure to comply with court orders.

1

IT IS SO ORDERED.

Dated:  ___April 1, 2025___                                 _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE